

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                         |     |                          |
|-----------------------------------------|-----|--------------------------|
|                                         | §   | No. 08-14-00159-CV       |
| IN RE CARLOS RESTREPO AND LINDA RESTREPO, | §   | ORIGINAL PROCEEDING      |
|                                         | §   | ON PETITION FOR WRIT OF  |
| RELATORS.                               | §   | MANDAMUS                 |
|                                         | §   |                          |

## MEMORANDUM  OPINION

Relators, Carlos Restrepo and Linda Restrepo, have filed a *pro se* petition for writ of mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County, Texas.  They ask that we order Respondent to set aside orders entered by Respondent on May 14, 2013, June 7, 2013, and June 17, 2013.  Relators have also filed a motion to incorporate the mandamus record from cause number 08-13-00183-CV and a motion for emergency relief.

To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial court clearly abused its discretion.  *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004).  Second, the relator must demonstrate that there is no adequate remedy by appeal.  *Id*. at 135-36.  The Court has reviewed the record from cause number 08-13-00183-CV and the mandamus petition filed in this proceeding.  Based on the record before us, we conclude that Relators have not established they are entitled to

mandamus relief. Accordingly, we deny the petition for writ of mandamus, the motion to incorporate the record from cause number 08-13-00183-CV, and the motion for emergency relief. *See* TEX.R.APP.P. 52.8(a), 52.10.


May 23, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., Not Participating